IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civ. Action No. 2:12-00063-D

| | | |
|---|---|---|
| SHIRLEY S. WALDEN, | ) | |
|     Plaintiff, | ) | ORDER |
| | ) | |
|     v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Acting Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Acting Commissioner's request, with Plaintiff's consent, to remand this action for further administrative proceedings, the Court hereby reverses the Acting Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Acting Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89, 111 S. Ct. 2157, 115 L. Ed.2d 78 (1991); Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625, 125 L. Ed.2d 293 (1993).

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this __4__ day of April 2013,

                                              JAMES C. DEVER, III
                                              Chief United States District Judge