UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| Shirley Walden, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Carolyn W. Colvin, | ) | No. 2:12-CV-63-D |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant's consent motion to remand is granted. The Court hereby reverses the Acting Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Acting Commissioner for further proceedings.

**This judgment filed and entered on April 4, 2013, and served on:**

Rachel C. Lane (Via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (Via CM/ECF Notice of Electronic Filing)

April 4, 2013                                  /s/ Julie A. Richards,
                                                            Clerk of Court