IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:12-cv-00063-D

| | |
|---|---|
| Shirley Walden, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Carolyn W. Colvin, )<br>)<br>Acting Commissioner of Social Security )<br>)<br>Defendant. )<br>_____) | ORDER APPROVING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 |

Upon consideration of the Motion of Rachel C. Lane, attorney for Shirley Walden, Plaintiff in the above-captioned matter, and having considered any and all objections to said Motion, it is hereby

ORDERED that Plaintiff's attorney, Rachel C. Lane, is awarded attorney fees pursuant to 28 U.S.C. §2412(d) in the amount of $1,697.50 in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. §2412(d). There is satisfactory evidence that Plaintiff has agreed to allow her attorney to collect any Equal Access to Justice Act award on his behalf; therefore, such award will be paid to the Plaintiff's attorney if Plaintiff does not owe a pre-existing debt to the government.

This __18__ day of July 2013.

James C. Dever III, Chief United States District Judge